IN RE:                FILED              CASE NO.  06-50470

HOLLY S. WILLIAMS     2009 DEC 10  PM 12:00     CHAPTER 7

        Debtor        U.S. BANKRUPTCY COURT     REPORT OF UNCLAIMED
                      NORTHERN DISTRICT OF OHIO  DIVIDEND_____
                              AKRON

        Harold A. Corzin, Trustee herein, reports that check #108 was
issued on August 17, 2009 to the following claimant as and for a
first and final dividend in this estate, in the amount set forth
below, but that said check has not been negotiated.  The Trustee
thus issues check #110 to the Clerk of Courts in the amount of
$12.25 as and for an unclaimed dividend herein for the Claimant as
set forth in the attached Stale Check Report.


                              _____
                              HAROLD A. CORZIN, TRUSTEE
                              304 N. Cleveland Massillon Road
                              Akron, Ohio 44333
                              (330) 670-0770
                              (330) 670-0297 Facsimile
                              Harold.corzin@psinet.com


December 2, 2009

cc:  U. S. Trustee

**Trustee:** HAROLD A. CORZIN (550340)
**Case:** 06-50470 - WILLIAMS, HOLLY S.

| Account No. 312-2420003-66 | Check No. | Issued | Payee | | | | Check Amount |
|---|---|---|---|---|---|---|---|
| | 110 | 11/24/09 | U. S. BANKRUPTCY COURT | | | | $12.25 |

| Claim No. | Cancelled Check No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Cancelled Payment |
|---|---|---|---|---|---|---|---|---|
| 9 | 108 | 09/29/06 | 610 | PERFORMANCE CAPITAL MANAGEMENT, LLC<br>222 S. HARBOR BLVD.<br>SUITE 400<br>ANAHEIM, CA 92805 | 168.75 | 168.75 | 12.25 | 12.25 |

*ck #110*
*receipt # 81120*

(*) Denotes objection to Amount Filed